IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CHARLES LUTZ, derivatively on behalf of ASSERTIO THERAPEUTICS, INC. f/k/a DEPOMED, INC., <br><br> Plaintiff, <br><br> v. <br><br> ARTHUR JOSEPH HIGGINS, JAMES A. SCHOENECK, AUGUST J. MORETTI, SRINIVAS G. RAO, MATTHEW M. GOSLING, JAMES P. FOGARTY, PETER D. STAPLE, KAREN A. DAWES, LOUIS J. LAVIGNE, JR., JAMES L. TYREE, WILLIAM T. McKEE, DAVID B. ZENOFF, SAMUEL R. SAKS, VICENTE ANIDO, JR., ROBERT G. SAVAGE, and GAVIN T. MOLINELLI, <br><br> Defendants, <br><br> and <br><br> ASSERTIO THERAPEUTICS, INC. f/k/a DEPOMED, INC., <br><br> Nominal Defendant. | C.A. No. 18-2044-CFC <br><br><br><br><br><br><br><br><br><br><br><br> **JURY TRIAL DEMANDED** |

## JOINT STATUS REPORT

The Parties in the above-captioned action ("Action") file this statement in response to the Court's July 21, 2021 order directing the parties to file a joint status update on the status of settlement negotiations.

On July 30, 2021, the parties in the class action captioned *Aurelio Scarpatetti, et al. v. Assertio Therapeutics, Inc., et. al.*, which was on appeal to the United States Court of Appeals for the Ninth Circuit, filed a Joint Stipulation to Voluntarily Dismiss the Appeal Without Prejudice, stating that the parties had reached a settlement, which needs to be approved by the District Court to be effective.  If approved by the District Court, the settlement will end the class action litigation and this Action.

| | |
|---|---|
| /s/ Seth D. Rigrodsky | /s/ Kelly E. Farnan |
| Seth D. Rigrodsky (#3147) | Kelly E. Farnan (#4395) |
| Rigrodsky Law, P.A. | Richards, Layton & Finger, P.A. |
| 300 Delaware Avenue | One Rodney Square |
| Suite 210 | 920 N. King Street |
| Wilmington, DE 19801 | Wilmington, DE 19801 |
| (302) 295-5310 | (302) 651-7700 |
| sdr@rl-legal.com | farnan@rlf.com |
| | |
| *Attorneys for Plaintiff* | *Attorneys for Nominal Defendant and Individual Defendants* |

Dated:  August 2, 2021